UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BENNIE L. WESTER,

    Plaintiff,

v.                                               Case No. 3:04-cv-23-J-99TEM

CITY OF JACKSONVILLE,

    Defendants.
_____/

## ORDER

It has come to the Court's attention that the Parties have reached a settlement on all claims (Doc. No. 23, filed 7/26/2005). Therefore, the case is **DISMISSED** without prejudice for thirty (30) days, during which the Parties may submit a stipulated form of final order should they so choose **or** provided good cause is shown, move to reopen the action. After the thirty day period, however, without further notice or order, this dismissal shall be deemed to be *with prejudice*. All pending Motions, if any, are denied as moot, and the Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this 1st day of August, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Robert J. Slama, Esq.
Alan K. Ragan, Esq.
Garry Randolph, CRD